SARA M. THORPE  (SBN:  146529)
GEOFFREY HUTCHINSON  (SBN:  212050)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054
Email:  mfoy@gordonrees.com
         ghutchinson@gordonrees.com

JENNY L. SAUTTER (SBN:  192317)
MEAGHER & GEER, P.L.L.P.
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
Telephone:  (612) 338-0661
Facsimile:  (612) 338-8384
Email:  jsautter@meagher.com

Attorneys for Plaintiffs
HARTFORD CASUALTY INSURANCE COMPANY and
HARTFORD INSURANCE COMPANY OF THE MIDWEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY and HARTFORD INSURANCE COMPANY OF THE MIDWEST, <br><br> Plaintiffs, <br><br> vs. <br><br> PANDORA MEDIA, INC., a Delaware Corp. et al. <br><br> Defendants. | Case No.  4:11-cv-06701 <br><br> **JOINT STIPULATION REQUESTING EXTENSION OF TIME TO RESPOND TO THE COMPLAINT; [PROPOSED] ORDER** <br><br> Filed:  December 29, 2011 |

Plaintiffs HARTFORD CASUALTY INSURANCE COMPANY and HARTFORD INSURANCE COMPANY OF THE MIDWEST (collectively "the Hartford") has stipulated and agreed pursuant to Local Rule 6-1(a), to extend to defendant PANDORA MEDIA, INC. ("Pandora") additional time – to March 21, 2012 - in which to respond to Hartford's Complaint in this matter.  The parties request an Order permitting a longer extension - to April 20, 2012 - pursuant to Local Rule 6-1(b).  This will permit the parties to continue their discussions regarding resolution of their dispute, which could render litigation unnecessary.

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1   The instant lawsuit was filed on December 29, 2011. The Summons and Complaint were

2   served on Pandora's agent on February 22, 2012, making Pandora's response due on March 14,

3   2012. Hartford agreed that Pandora could have until March 21, 2012 to respond to the

4   Complaint.

5       The parties are actively discussing settlement. This is the parties' first request for an

6   extension. The requested extension (to April 20, 2012) will make it necessary for current dates

7   and deadlines in the case to be altered.

8       On December 29, 2012, the Court issued an Order Setting Initial Case Management

9   Conference and ADR Deadlines, as follows:

| March 21, 2012 | Last day to: meet and confer regarding initial disclosures, early settlement, ADR Process selection, and discovery plan; file ADR Certification signed by Parties and Counsel; file either Stipulation to ADR Process or notice of Need for ADR Phone Conference. |
|---|---|
| April 4, 2012 | Last day to: file Rule 26(f) Report; complete initial disclosures or state objection under Rule 26(f) Report: and file Case Management Statement. |
| April 11, 2012 | Initial Case Management Conference. |

The parties request that this Court extend to April 20, 2012 the date on which Pandora is

to respond to the Complaint. The parties further request that the Court's December 29, 2012

Order be vacated, and that the Court reschedule the Initial Case Management Conference date

and the initial deadlines in the case.

Dated: March 20, 2012

GORDON & REES LLP

By _____
Sara M. Thorpe
Geoffrey Hutchinson
Attorneys for HARTFORD CASUALTY
INSURANCE COMPANY and HARTFORD
INSURANCE COMPANY OF THE MIDWEST

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

JOINT STIPULATION REQUESTING EXTENSION OF TIME TO RESPOND TO THE COMPLAINT;
[PROPOSED] ORDER

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Dated: March 20, 2012                    COVINGTON & BURLING LLP

                                         By _____
                                              Donald W. Brown
                                         Attorney for PANDORA MEDIA, INC.

## ORDER

The Parties having stipulated and agreed to a further extension of time in which Pandora is to respond to the Hartford's Complaint in order to pursue settlement discussions, and good cause appearing,

IT IS SO ORDERED,

Defendant, PANDORA MEDIA, INC. shall file a response to the complaint on or before April 20, 2012.

The Court's December 29, 2011 Order Setting Initial Case Management Conference and ADR Deadlines is hereby vacated. A further Order setting forth a new date for the Initial Case Management Conference, and accompanying deadlines will issue separately.

Dated: March 22, 2012

                                         By _____
                                              Hon. Donna M. Ryu
                                              Richard Seeborg

HCIC/1075168/11998282v.1