|     |     |
| --- | --- |
| 1   | SARA M. THORPE  (SBN: 146529) |
|     | GEOFFREY HUTCHINSON  (SBN: 212050) |
| 2   | GORDON & REES LLP |
|     | 275 Battery Street, Suite 2000 |
| 3   | San Francisco, CA  94111 |
|     | Telephone:  (415) 986-5900 |
| 4   | Facsimile:  (415) 986-8054 |
|     | Email:  sthorpe@gordonrees.com |
| 5   | ghutchinson@gordonrees.com |
|     |     |
| 6   | JENNY L. SAUTTER (SBN:  192317) |
|     | MEAGHER & GEER, P.L.L.P. |
| 7   | 33 South Sixth Street, Suite 4400 |
|     | Minneapolis, MN 55402 |
| 8   | Telephone:  (612) 338-0661 |
|     | Facsimile: (612)  338-8384 |
| 9   | Email:  jsautter@meagher.com |
|     |     |
| 10  | Attorneys for Plaintiffs |
|     | HARTFORD CASUALTY INSURANCE COMPANY and |
| 11  | HARTFORD INSURANCE COMPANY OF THE MIDWEST |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HARTFORD CASUALTY INSURANCE COMPANY and HARTFORD INSURANCE COMPANY OF THE MIDWEST,<br><br>Plaintiffs,<br>vs.<br><br>PANDORA MEDIA, INC., a Delaware Corp. et al.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No.  4:11-cv-06701-RS<br><br>**JOINT STIPULATION REQUESTING EXTENSION OF TIME TO RESPOND TO THE COMPLAINT;** [~~PROPOSED~~] **ORDER**<br><br>Filed:  December 29, 2011 |
| --- | --- | --- |

Plaintiffs HARTFORD CASUALTY INSURANCE COMPANY and HARTFORD INSURANCE COMPANY OF THE MIDWEST (collectively "Hartford") and defendant PANDORA MEDIA, INC. ("Pandora")  request an Order extending additional time – to May 21, 2012 - to Pandora in which to respond to the Complaint in this matter, pursuant to Local Rule 6-1(b).  Pursuant to Local Rule 6-2, the parties also request the Court continue the Case Management Conference, currently scheduled for May 17, 2012, for an additional 35 days, to

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

1   June 21, 2012. The requested time modifications will permit the parties to continue their
2   discussions regarding resolution of their dispute, which could render litigation unnecessary.
3       The instant lawsuit was filed on December 29, 2011. On December 29, 2011, the Court
4   issued an Order Setting Initial Case Management Conference and ADR Deadlines, which
5   included an Initial Case Management Conference on April 11, 2012.
6       The Summons and Complaint were served on Pandora's agent on February 22, 2012,
7   making Pandora's response due on March 14, 2012. Hartford agreed that Pandora could have
8   until March 21, 2012 to respond to the Complaint, pursuant to Local Rule 6-1(a).
9       On March 20, 2012, the parties filed a Joint Stipulation Requesting Extension of Time To
10  Respond To The Complaint, requesting an extension of the due date to April 20, 2012. On
11  March 22, 2012, the Court entered an Order extending Pandora's responsive due date to April
12  20, 2012, and vacating the Initial Case Management Conference and ADR Deadlines previously
13  set by Order dated December 29, 2012. On March 22, 2012, the Court also ordered the parties to
14  attend a Case Management Conference on May 17, 2012 at 10:00 a.m.
15      To permit the parties to work towards resolution of the case, the parties request the Court
16  extend the date on which Pandora is to respond to the Complaint to May 21, 2012. The parties
17  further request that the Court continue the Case Management Conference to June 21, 2012.
18      If the instant request is granted, the Case Management Conference, and associated dates,
19  would be continued for 35 days. The parties Rule 26(f) conference would take place on or
20  before May 31, 2012. The Joint Case Management Statement including Discovery Plan would
21  be due June 14, 2012.
22  SO STIPULATED.
23  Dated: April 19, 2012                          GORDON & REES LLP

By_____/s/ *Sara M. Thorpe* _____
    Sara M. Thorpe
    Geoffrey Hutchinson
Attorneys for HARTFORD CASUALTY
INSURANCE COMPANY and HARTFORD
INSURANCE COMPANY OF THE MIDWEST

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

Dated: April 19, 2012                                COVINGTON & BURLING LLP


                                                     By_____/s/ *Donald W. Brown*_____
                                                           Donald W. Brown
                                                     Attorney for PANDORA MEDIA, INC.



**ORDER**

The Parties having stipulated and agreed to a further extension of time in which Pandora is to respond to the Hartford's Complaint in order to pursue settlement discussions, and good cause appearing,

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Defendant, PANDORA MEDIA, INC. shall file a response to the complaint on or before May 21, 2012.

The Case Management Conference currently scheduled for May 17, 2012 is continued to June 21, 2012 at 10:00 a.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. ~~A further Order setting forth a new date for the Initial Case Management Conference, and accompanying deadlines will issue separately.~~

Dated: April 19, 2012

                                                     By_____[signature]_____
                                                         Hon. Richard Seeborg